UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-41 |
| | ) | (VARLAN/GUYTON) |
| LEON TALLEY , | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant's Third Motion to Extend Motions Deadline [Doc. 20].

Defendant's motion [Doc. 20], filed on June 15, 2007, asks the Court to extend Defendant's motion deadline to no earlier than July 16, 2007. In support thereof, Defendant states that he recently received a significant amount of recordings; a superseding indictment may be issued; he was indicted in Cocke County on May 2, 2007, on first-degree murder charges; this motion is not made for any dilatory purpose; and an extension is required to allow Defendant to present a clear and meaningful defense. Additionally, Defendant represents that he has consulted with Assistant Untied States Attorney Tracee Plowell, who has indicated that the government does not oppose an extension to the motion deadline in this matter.

Accordingly, the Court finds that Defendant's Third Motion to Extend the Motions Deadline [Doc. 20] is well taken and is **GRANTED**. Defendant's new motion deadline is **July 16, 2007**. The government's responses are due on or before **July 30, 2007**. The pretrial

conference will remain as scheduled for September 4, 2007, as will the trial date of September 12, 2007.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge