UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-41 |
| | ) | (VARLAN/GUYTON) |
| LEON TALLEY , | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant's Fourth Motion to Extend Motions Deadline [Doc. 22].

Defendant's motion [Doc. 22], filed on July 16, 2007, asks the Court to extend Defendant's motion deadline to July 23, 2007. In support thereof, Defendant states that the case arises out of a series of complex events involving an alleged drug conspiracy; counsel is completing an investigation into the traffic stop in this matter, which may result in the need to file a motion to suppress; this motion is not made for any dilatory purpose; and an extension is required to allow Defendant to present a clear and meaningful defense. Additionally, Defendant represents that he has consulted with Assistant Untied States Attorney David Jennings, who has indicated that the government does not oppose a one-week extension of the motion deadline.

This Court finds that Defendant's Fourth Motion to Extend the Motions Deadline [Doc. 22] is well taken, and it is **GRANTED**. Defendant's new motion deadline is **July 23, 2007**. The government's responses are due on or before **August 6, 2007**. The Court notes that this is

Defendant's fourth motion deadline extension and encourages Defendant to comply with the new motion deadline, which allows the trial to remain as scheduled. Accordingly, the pretrial conference will be on September 4, 2007, and the trial will commence on September 12, 2007.

**IT IS SO ORDERED.**

                          **ENTER:**

                          s/ H. Bruce Guton
                        United States Magistrate Judge