UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No: 3:07-CR-41 |
| | ) | (VARLAN/GUYTON) |
| LEON TALLEY, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Defendant Talley has motions pending before this Court, including a Motion to Suppress [Doc. 24], filed on July 23, 2007.

Defendant recently filed a Notice withdrawing the Motion to Suppress. [Doc. 28]. The Court finds Defendant's Notice withdrawing the Motion to Suppress [Doc. 28] to be well-taken. Accordingly, Defendant's Motion to Suppress [Doc. 24] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton

United States Magistrate Judge